UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. '08 MJ 1073 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Jose LOZANO-Alonzo, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 3, 2008** within the Southern District of California, defendant, **Jose LOZANO-Alonzo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **APRIL 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose LOZANO-Alonzo

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On April 3, 2007, Border Patrol Agent E. Cortez was patrolling an area near Barrett Junction, California. This area is approximately four miles west of the Tecate, California Port of Entry and three miles north of the United States/Mexico Border. This area is commonly used by undocumented aliens furthering their illegal entry into the United States.

Agent Cortez observed an individual walking towards his vehicle at the intersection of State Route 94 and Barrett Smith Road. Agent Cortez got out of his vehicle and approached the individual and identified himself as a Border Patrol Agent in the English and Spanish language. Agent Cortez then conducted a field interview on the individual, later identified as the defendant Jose LOZANO-Alonzo. The defendant stated he was a citizen and national of Mexico who had entered illegally without proper immigration documents that would allow him to enter or remain into the United States legally. At approximately 10:30 pm., Agent Cortez placed the defendant under arrest and transported him to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on or about March 6, 2008. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on April 5, 2008 at 9:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 31, 2008, in violation of Title 8, United States Code, Section 1326.

_____
Peter C. Lewis
United States Magistrate Judge

4-5-08 @ 11:26 a.m.
Date/Time