✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

      v.

JOSE ADALID LOZANO-ALONZO,

             Defendant.

**APPEARANCE**

Case Number: 08MJ1073

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for

        JOSE ADALID LOZANO-ALONZO

       I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ SHAFFY MOEEL |
| 4/9/2008 | |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number            Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 9, 2008

_____/s/ Shaffy Moeel_____
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org